# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1341**　　　　　　　　　　　　　**September Term, 2023**

FERC-ER21-1116-002
FERC-ER21-1117-002
FERC-ER21-1121-002
FERC-ER21-1119-002
FERC-ER21-1120-002
FERC-ER21-1111-002
FERC-ER21-1114-002
FERC-ER21-1112-002

**Filed On: January 30, 2024** [2038068]

Advanced Energy United, Inc., et al.,

　　　　Petitioners

　v.

Federal Energy Regulatory Commission,

　　　　Respondent

**O R D E R**

　　Upon consideration of respondent's unopposed motion to hold case in abeyance, it is

　　**ORDERED** that the motion be granted, and this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in this case by May 2, 2024.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　James A. Kaiser
　　　　　　　　　　　　　　　　Deputy Clerk